IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CANADA,  No. C 12-1910 TEH (PR)

    Plaintiff,  ORDER OF DISMISSAL

    v.

BRACKER,

    Defendant.

_____/

    On April 17, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento), filed a complaint requesting the removal of Dr. Bracker as his primary clinician and the re-assignment of Dr. Delgado as his primary clinician. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application. Doc. #2. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

1    The deadline has passed and Plaintiff has not provided the
2 Court with the requisite items.  The action, therefore, is DISMISSED
3 without prejudice.  No filings fees are due.
4    The Clerk is directed to terminate all pending motions as
5 moot and close the file.
6    IT IS SO ORDERED.

7
8 DATED    *06/04/2012*                _____
                                       **THELTON E. HENDERSON**
9                                      United States District Judge

14 G:\PRO-SE\TEH\CR.12\Canada-12-1910-dismissal-ifp.wpd